— ·· — existing historic site boundary

///// proposed addition

federal land (fee)

federal land (less than fee)

☐ non federal land

North ↑

1" = 2000'

**Proposed Boundary and Land Status**
**Grant-Kohrs Ranch National Historic Site**
Montana
U.S. Dept. of the Interior - National Park Service

451 | 80,030 - B
Jan 98 | RMRO

# EXHIBIT A