



Old Yellowstone Trail - Phase 2