Civil Action No. 6:22-cv-00021-SEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jacqueline Lavelle, Superintendent of Grant-Kohrs Ranch National Historic Site
was received by me on *(date)*  3/28/22  .

☐ I personally served the summons on the individual at *(place)*

         on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☒ Other *(specify)*: Mailed via Postal Service Certified First Class Mail, Return Receipt Requested to Jacqueline Lavelle, Superintendent of Grant-Kohrs Ranch National Historic Site. Included was Case No. 22-cv-00021-SEH Complaint (Quiet Title) [Doc. 1] and Summons [Doc. 6-3].

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  5/20/22

*Server's signature*

Rose Dumont, Legal Assistant
*Printed name and title*

Crowley Fleck PLLP, 305 South 4th Street East, Missoula, MT 59801
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): SHAWN CONNORS    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jacqueline Lavelle<br>Superintendent of Grant-Kohrs<br>Ranch National Historic Site<br>266 Warren Lane<br>Deer Lodge, MT 59722 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>DEER LODGE MAR 28 2022 |
| 9590 9402 6298 0274 9978 18 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 1290 0001 0001 3772 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |