Gregory G. Schultz
Jeffrey R. Kuchel
CROWLEY FLECK PLLP
305 South 4th Street East, Suite 100
P.O. Box 7099
Missoula, MT 59807-7099
Telephone:  (406) 523-3600
Facsimile:  (406) 523-3636
gschultz@crowleyfleck.com
jkuchel@crowleyfleck.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| COUNTY OF POWELL, a political subdivision of the State of Montana<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Cause No.:  CV 22-21-H-SEH<br><br>**STATEMENT OF STIPULATED FACTS** |

Pursuant to Local Rule 16.2(b)(3), Plaintiff COUNTY OF POWELL ("Powell County") submits this Statement of Stipulated Facts.  Plaintiff states that this list of current Stipulated Facts is the product of consultation and agreement between the parties' counsel.

## STIPULATED FACTS

1. The real property at issue is located in Powell County and all events or occurrences giving rise to Powell County's claims occurred in said County.

2. The United States of America is the owner of certain public lands which it administers through the Department of the Interior and sometimes through its agency, the National Park Service.

3. The United States owns that public land designated as the Grant-Kohrs Ranch National Historic Site, situated near the City of Deer Lodge.

4. The United States has asserted claims adverse to Plaintiff's alleged ownership of the road at issue in this action.

DATED this 23rd day of June, 2022.

                                              CROWLEY FLECK PLLP

                                              By: *Jeffrey R. Kuchel*
                                                       Gregory G. Schultz
                                                       Jeffrey R. Kuchel

                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Montana by using the CM/ECF system. I certify that all participants having appeared in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                              CROWLEY FLECK PLLP

                                              By: *Jeffrey R. Kuchel*
                                                    Jeffrey R. Kuchel
                                              *Attorneys for Plaintiff*