MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2ⁿᵈ Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
FAX: (406) 657-6058
Email: mark.smith3@usdoj.gov

JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E. Front St., Suite 401
Missoula, MT 59802
Phone: (406) 829-3336
FAX: (406) 542-1476
Email: john.newman@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| COUNTY OF POWELL, a political subdivision of the State of Montana,<br><br>　　　　Plaintiff,<br>　vs.<br><br>UNITED STATES OF AMERICA,[1]<br><br>　　　　Defendant. | CV 22-21-H-SEH<br><br>UNITED STATES' SECOND SUPPLEMENT TO ITS INITIAL DISCLOSURE STATEMENT |

The United States of America, by and through its counsel of record, makes

and serves this second supplement to its initial disclosure statement pursuant to

Rule 26(e) of the Federal Rules of Civil Procedure.

---

[1] The caption is amended to reflect the proper party in interest.  Fed. R. Civ. P. 21; *Sawtooth Mountain Ranch LLC v. United States,* 2020 WL 184576 (D. Idaho Jan. 13, 2020) (citing *Block v. North Dakota ex rel. Bd. of Univ. & Sch. Lands,* 461 U.S. 273, 286 (1983)).

(A)     The name and, if known, the address and telephone number of each
        individual likely to have discoverable information that the disclosing party
        may use to support its claims or defenses, unless solely for impeachment,
        identifying the subjects of the information:

    1.      <u>Jacqueline Lavelle, Superintendent, Grant-Kohrs Ranch National
            Historic Site ("GRKO") (currently on detail)</u>
            c/o AUSA Smith and AUSA Newman
            U.S. Attorney's Office
            2601 2nd Ave. North, Suite 3200
            Billings, MT 59101
            (406) 247-4667

            Superintendent Lavelle has been the primary National Park Service
    ("NPS") point of contact for communications to and from Plaintiff regarding
    its claim to the road.  Ms. Lavelle has knowledge of, and information
    relating to, GRKO's history and management of the site by NPS.  Further,
    Ms. Lavelle has participated on behalf of NPS/GRKO in discussions with
    Plaintiff regarding the Old Yellowstone Trail ("OYT") project, negotiation
    of the Cooperative Management Agreement ("CMA"), and other matters
    involving the disputed road.

    2.      <u>Jason Smith, Natural Resource Program Manager, GRKO</u>
            c/o AUSA Smith and AUSA Newman
            U.S. Attorney's Office
            2601 2nd Ave. North, Suite 3200
            Billings, MT 59101
            (406) 247-4667

            Mr. Smith has knowledge of Plaintiff's OYT project and has been
    working with county personnel and the Army Corps of Engineers regarding
    permitting questions for the OYT.  Mr. Smith is familiar with the locations
    of the obliterated road and the West Side Road and has participated in
    meetings involving GRKO and Powell County staff and commissioners
    regarding the road dispute.

    3.      <u>Julie Croglio, Chief of Interpretation and Education, GRKO</u>
            c/o AUSA Smith and AUSA Newman

U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
(406) 247-4667

Ms. Croglio is familiar with the locations of the obliterated road and the West Side Road and has participated in meetings involving GRKO and Powell County staff and commissioners regarding the road dispute.  Ms. Croglio also sits on the Powell County Parks Board, in her individual capacity as a private citizen, and not in conjunction with her role at GRKO.

4.    <u>Andrea Hannon, NPS GAOA Contract Expediter, Livingston, MT</u>
      c/o AUSA Smith and AUSA Newman
      U.S. Attorney's Office
      2601 2nd Ave. North, Suite 3200
      Billings, MT 59101
      (406) 247-4667

Ms. Hannon is familiar with the locations of the obliterated road and the West Side Road and has participated in meetings involving GRKO and Powell County staff and commissioners regarding the road dispute.

5.    <u>Shawn Connors, Acting Superintendent, GRKO</u>
      c/o AUSA Smith and AUSA Newman
      U.S. Attorney's Office
      2601 2nd Ave. North, Suite 3200
      Billings, MT 59101
      (406) 247-4667

Mr. Connors is the Acting Superintendent of GRKO and is familiar with administration of the site, history, boundaries, and use patterns.

6.    <u>Donald (Alan) Stewart, Facility Manager, GRKO</u>
      c/o AUSA Smith and AUSA Newman
      U.S. Attorney's Office
      2601 2nd Ave. North, Suite 3200
      Billings, MT 59101
      (406) 247-4667

Mr. Stewart is the Facility Manager of GRKO and has knowledge of the use, access, and control of the road in dispute.

7.   William (Willie) King, Preservation Maintenance Mechanic, GRKO
     c/o AUSA Smith and AUSA Newman
     U.S. Attorney's Office
     2601 2nd Ave. North, Suite 3200
     Billings, MT 59101
     (406) 247-4667

Mr. King is the Preservation Maintenance Mechanic of GRKO and has knowledge of the use, access, and control of the road in dispute.

8.   Patricia (Tricia) Miller, Museum Curator, GRKO
     c/o AUSA Smith and AUSA Newman
     U.S. Attorney's Office
     2601 2nd Ave. North, Suite 3200
     Billings, MT 59101
     (406) 247-4667

Ms. Miller is the Museum Curator of GRKO and is familiar with the origination, composition, and content of the historic records of the Grant-Kohrs Ranch and has knowledge of GRKO's work to preserve and catalog these records.

9.   Kathleen Hanson, Realty Specialist, NPS Intermountain Region
     c/o AUSA Smith and AUSA Newman
     U.S. Attorney's Office
     2601 2nd Ave. North, Suite 3200
     Billings, MT 59101
     (406) 247-4667

Ms. Hanson is the Realty Specialist for the Intermountain Region of NPS, which includes GRKO.  She is familiar with the realty records relating to the acquisition of the Grant-Kohrs Ranch by NPS.

10.   Lyndel Miekle, former Park Ranger, GRKO (now retired)

c/o AUSA Smith and AUSA Newman
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
(406) 247-4667

Ms. Miekle is a former employee and former resident of GRKO and has knowledge of the history of the ranch and is familiar with the locations of the obliterated road and the West Side Road.

11.   <u>Ole Berg, former ranch hand, Grant-Kohrs Ranch</u>
       (406) 491-3290

Mr. Berg worked on the ranch prior to its acquisition by the National Park Service and was a close associate of the former owner of the ranch, Conrad Warren.  Mr. Berg is familiar with the locations of the obliterated road and the West Side Road and the access, use, and control of the West Side Road.

12.   The United States may rely on any other individual identified by the

Plaintiff during the course of litigation, or identified by third parties during

depositions or discovery, to support its claims or defenses.

**FIRST SUPPLEMENT (November 23, 2022):**

13.   <u>Laura Rotegard, Former Superintendent, GRKO (retired)</u>
       c/o AUSA Smith and AUSA Newman
       U.S. Attorney's Office
       2601 2nd Ave. North, Suite 3200
       Billings, MT 59101
       (406) 247-4667

Ms. Rotegard is a former superintendent of GRKO.  She is familiar with administration of the site, and its history, boundaries, and use patterns.

14. <u>Darlene Koontz, Former Superintendent, GRKO (retired)</u>
    c/o AUSA Smith and AUSA Newman
    U.S. Attorney's Office
    2601 2nd Ave. North, Suite 3200
    Billings, MT 59101
    (406) 247-4667

    Ms. Koontz is a former superintendent of GRKO.  She is familiar with administration of the site, and its history, boundaries, and use patterns.

15. <u>Christine Ford, Former Employee, GRKO (retired)</u>
    c/o AUSA Smith and AUSA Newman
    U.S. Attorney's Office
    2601 2nd Ave. North, Suite 3200
    Billings, MT 59101
    (406) 247-4667

    Ms. Koontz is a former seasonal and permanent employee of GRKO. She is familiar with administration of the site, and its history, boundaries, and use patterns.

16. <u>The following individuals are current or former County of Powell, City of Deer Lodge, or State of Montana employees who may have information related to discussions between NPS and the County concerning the West Side Road:</u>

    a. Ralph E. Mannix, Jr., Powell County Commissioner
    b. Ron Hanson, Former Powell County Planner
    c. Cele Pohle, Former Powell County Commissioner
    d. Dwight O-Hara, Former Powell County Commissioner
    e. Donna Young, Former Powell County Commissioner
    f. Mary Ann Fraley, Former Mayor of Deer Lodge
    g. Renee Meyers, possibly with the Montana DNRC or Powell County

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or

6

control of the party and that the disclosing party may use to support its claims or defense, unless solely for impeachment;

1. Historic land records including field notes, maps, patents, surveys, and tract books. Currently in the possession of the Bureau of Land Management's General Land Office.

2. GRKO administrative records related to the administration and control of the GRKO historic site and land use records. Currently in the possession of the National Park Service and NARA Federal Records Centers.

3. Road maintenance records, including Road Inventory Report (RIP) records regarding status of the roads within NPS's road inventory, Facility Management Software System (FMSS) reporting on road upkeep and maintenance, and road work records. Currently in the possession of the National Park Service.

4. Realty and acquisition files including deed assembly and realty case files. Currently in the possession of the Intermountain Regional Office of National Park Service and NARA Federal Records Centers.

5. Historic files and documents, including correspondence to and from former operators and owners of the Grant-Kohrs Ranch, management records of the Grant-Kohrs Ranch, and area maps compiled by former operators and owners of the Grant-Kohrs Ranch. Currently in the possession of the National Park Service, GRKO Museum Collection.

6. Correspondence, interviews, and foundation documents. Currently in the possession of the National Park Service and National Park Service, GRKO Museum Collection.

**FIRST SUPPLEMENT (November 23, 2022): With this supplement, the**

**United States is producing bates-numbered documents pertaining to the**

**following categories:**

1.      Lands (USA_00001-02385)

2.      Realty (USA_02386-02973, USA_03532-03549)

3.      Maps (USA_02974-03016, USA_03550-03554)

4.      Road Maintenance (USA_03017-03105)

5.      Land Use (USA_03106-03406)

6.      Newspaper Articles (USA_03407-03414)

7.      Law Enforcement (USA_03415-03448)

8.      NARA Patent Files (USA_03449-03531)

9.      Misc. (USA_03555-03737)

10.     Permits Using West Side Rd. (USA_03738-03804)

**SECOND SUPPLEMENT (December 15, 2022): With this supplement, the United States is producing bates-numbered documents pertaining to the following categories:**

1.      GRKO Administration (USA_00241-02385[2]; USA_03805-03837)

2.      Realty (USA_03838-03852)

3.      Misc. (USA_03853-03921)

---

[2] Documents bates-numbered USA_00241-02385 were incorrectly produced in the United States' First Supplement under the Lands category. The United States is not producing these documents again, but rather correcting the category with this second supplemental disclosure.

(C)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

(D)   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable.

DATED this 15th day of December, 2022.

JESSE A. LASLOVICH
United States Attorney


/s/ John M. Newman
JOHN M. NEWMAN
MARK STEGER SMITH
Assistant U.S. Attorneys
Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of December, 2022, a copy of the foregoing document was served on the following person by the following means.

<u>1, 2</u>  CM/ECF
<u>    </u>  Hand Delivery
<u>  2 </u>  U.S. Mail
<u>    </u>  USAfx
<u>    </u>  E-Mail

1.  Clerk of Court

2.  Gregory G. Schultz
Jeffrey R. Kuchell
CROWLEY FLECK PLLP
305 South 4th Street East, Suite 100
P.O. Box 7099
Missoula, Montana 59807-7099
(406) 523-3600 – phone
gschultz@crowleyfleck.com
jkuchel@crowleyfleck.com
*Attorneys for Plaintiff*

<u>/s/ John M. Newman    </u>
Assistant U.S. Attorney
Attorney for Defendant