IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| COUNTY OF POWELL, a political subdivision of the State of Montana, Plaintiff, vs. UNITED STATES of AMERICA, Defendant. | CV 22-21-H-SEH ORDER |
|---|---|

Rock Creek Cattle Company moved the Court to withdraw its Motion to Intervene.[1] The motion is unopposed.

**ORDERED:**

Rock Creek Cattle Company's Motion to Intervene is **WITHDRAWN**.

DATED this 3rd day of January, 2023.

Sam E. Haddon
United States District Judge

---

[1] Doc. 38.