# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| COUNTY OF POWELL, a political subdivision of the State of Montana,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,[1]<br><br>Defendants. | CV 22-21-H-SEH<br><br>ORDER |

The parties having filed a joint motion to stay this case pending settlement discussions, and good cause appearing;

**ORDERED:**

1.      The Joint Motion to Stay[2] is **GRANTED.**

2.      The current scheduling order[3] is **VACATED,** and the case is **STAYED** until April 27, 2023.

---

[1] The caption is amended to reflect the proper party in interest. Fed. R. Civ. P. 21; *Sawtooth Mountain Ranch LLC v. United States,* 2020 WL 184576 (D. Idaho Jan. 13, 2020) (citing *Block v. North Dakota ex rel. Bd. of Univ. & Sch. Lands,* 461 U.S. 273, 286 (1983)).

[2] Doc. 41.

[3] Doc. 39.

3.      The parties shall file either a stipulation of dismissal under Fed. R.

Civ. P. 41(a)(1)(A)(ii) by April 27, 2023, or file a report apprising the Court

of the status of the case within one week thereafter.

DATED this 27th day of January, 2023.

Sam E. Haddon
United States District Judge