JOHN M. NEWMAN  
Assistant U.S. Attorney  
U.S. Attorney's Office  
P.O. Box 8329  
Missoula, MT 59807  
101 E. Front St., Suite 401  
Missoula, MT 59802  
Phone: (406) 829-3336  
FAX: (406) 542-1476  
Email: john.newman@usdoj.gov  

MARK STEGER SMITH  
Assistant U.S. Attorney  
U.S. Attorney's Office  
2601 2nd Ave. North, Suite 3200  
Billings, MT 59101  
Phone: (406) 247-4667  
FAX: (406) 657-6058  
Email: mark.smith3@usdoj.gov  

ATTORNEYS FOR DEFENDANT  
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF MONTANA  
HELENA DIVISION

| | |
|---|---|
| COUNTY OF POWELL, a political subdivision of the State of Montana,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 22-21-H-KLD<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Powell County and Defendant United States of America stipulate to dismiss this case with prejudice, each party to bear its own costs and fees, if any.  A proposed order dismissing the case accompanies this stipulation.

DATED this 26th day of November, 2024.

                                      JESSE A. LASLOVICH
                                      United States Attorney

                                      /s/ John M. Newman
                                      Assistant U.S. Attorney
                                      Attorney for Defendant

                                      /s/ Jeffrey R. Kuchel
                                      CROWLEY FLECK PLLP
                                      Attorney for Plaintiff