IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| COUNTY OF POWELL, a political subdivision of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 22-21-H-KLD<br><br>ORDER |

Plaintiff Powell County and Defendant United States of America have stipulated to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 61). Accordingly, and good cause appearing,

IT IS ORDERED that this case is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and fees, if any. The Clerk of Court is directed to close this case.

DATED this 2nd day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge